UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PAYVICKI LLC,

                      Plaintiff,                    21-cv-8939 (PKC)

     -against-                                  ORDER

PAYVISION US INC., et al.,,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       By May 12, 2022, plaintiff shall unambiguously and unequivocally state whether it wishes to amend its complaint in response to the letters of April 28, 2022 of defendant ING Groep N.V. (Doc 37 ) and defendant Payvision B.V.(Doc 38). See Individual Practices at ¶3(A)(iv).

       SO ORDERED.

                                                        P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       May 9, 2022