UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PAYVICKI LLC

                Plaintiff,                            21-cv-8939 (PKC)

        -against-                                 ORDER

PAYVISION US Inc, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Pre-motion letters have been filed by defendant ING Groep NV on June 24, 2022 (Doc 49) and Payvision B.V. on July 8, 2022 (Doc 51).

        Plaintiff has failed to comply with 3(A) (iii) & (iv) of the Court's Individual Practices and is now ORDERED to do so by July 29, 2022.

        SO ORDERED.

                                                P. Kevin Castel
                                    United States District Judge

Dated: New York, New York
       July 26, 2022